OPINION — AG — ** STATE BOARD OF PUBLIC AFFAIRS — CONTRACTS ** THE STATE BOARD OF PUBLIC AFFAIRS MAY 'NOT' ENTER INTO CONTRACTS ON BEHALF OF THE STATE OF OKLAHOMA WHICH EXCLUDE THE COUNTIES UNLESS THE COUNTIES THEMSELVES DECIDE NOT TO AVAIL THEMSELVES OF THE PROVISIONS OF THE CONTRACTS. (MUNICIPALITIES, CITY, CENTRAL PURCHASING ACT, CONTRACTS USE THEREOF) CITE: 74 O.S. 85.12 [74-85.12], 74 O.S. 85.3 [74-85.3] [74-85.3], 74 O.S. 85.1 [74-85.1], 74 O.S. 85.2 [74-85.2] [74-85.2], 74 O.S. 85.12 [74-85.12] (TODD MARKUM)